IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES L. WATTS, JAMES L. WATTS, )<br>TRUSTEE OF THE WATTS FAMILY LORTON )<br>RESIDENCE TRUST, JAMES L. WATTS, )<br>TRUSTEE OF THE WATTS FAMILY QUEENS )<br>DRIVE RESIDENT TRUST; WATTS )<br>TRUCKING SERVICE, INC.; A-1 DISPOSAL )<br>SERVICE, INC.; BLACK HAWK WASTE )<br>DISPOSAL CO., INC.; CEDAR VALLEY )<br>RECYCLING AND TRANSFER CO.; )<br>COUNTY WASTE SYSTEMS, INC.; HAWKEYE )<br>WASTE SYSTEMS, INC.; )<br>L & M WASTE SYSTEMS, INC.; )<br>METRO WASTE SYSTEMS, LLC; CITY WASTE )<br>SYSTEMS, INC.; TRI-STAR WASTE SYSTEMS, )<br>INC.; SCOTT COUNTY TREASURER; )<br>IOWA DEPARTMENT OF REVENUE )<br>)<br>Defendants. ) | Case no. 3:11-cv-00116-JEG-TJS<br><br>**APPEARANCE OF COUNSEL** |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am authorized to practice in this court and I appear as counsel for:

Defendant Scott County Treasurer.

Date: 01/09/2012                    /s/ Robert L. Cusack      AT0001807
                                    Assistant Scott County Attorney
                                    400 W. 4th Street
                                    Davenport, IA  52801
                                    (563) 326-8600
                                    Fax: (563) 326-8763
                                    rcusack@scottcountyiowa.com

**CERTIFICATE OF SERVICE**
I hereby certify that on January 9, 2012  I caused the foregoing document to be served on all parties through the court's ECF system, or by U.S. mail to the parties listed below.

City Waste Systems, Inc.
Jeffrey Watts, Registered Agent
796 Fort Crook Road South
Bellevue, NE 68005

MIRANDA BUREAU
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044